**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| DARRELL EVERTS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | 2:12-cv-0045-JMS-WGH |
| | ) | |
| SUPERINTENDENT, Parke | ) | |
| County Jail, | ) | |
| Respondent. | ) | |

## E N T R Y

Rule 6(a) of the Rules Governing ' 2254 Cases, 28 U.S.C. ' 2254, allows habeas corpus petitioners to conduct civil discovery "if, and to the extent that, the judge in the exercise of his discretion and for good cause shown grants leave to do so, but not otherwise." *See Bracy v. Bramley,* 520 U.S. 899, 904 (1997) (AA habeas petitioner, unlike the usual civil litigant in federal court, is not entitled to discovery as a matter of ordinary course@). In order to be entitled to discovery , a petitioner must make specific factual allegations that demonstrate that there is good reason to believe that the petitioner may, through discovery, be able to garner sufficient evidence to entitle him to relief. *See id.* at 908-09.

Discovery has not been authorized in this action. The petitioner's motions to request court orders do not separately warrant discovery. Those motions [12], [13], and [14] are therefore denied.

**IT IS SO ORDERED.**

Date: _04/30/2012_____

_Jane Magnus-Stinson_

Distribution:

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

**Darrell E Everts**
**003315488**
**Parke Co. Jail**
**458 W. Strawberry Rd**
**Rockville, IN 47872**